UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**YVETTE ISKANDER**

V.                                    CIVIL ACTION NO. 01-10083-RCL

**TRUSTEES OF BOSTON UNIVERSITY**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of March 20, 2001 allowing the motion to dismiss of the defendant Trustees of Boston University, Judgment is hereby entered as follows: Case DISMISSED.

March 21, 2001

/s/ Karen Donovan
Deputy Clerk